■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN WILLIAMS, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant challenges his sentence as a second felony offender based on a claim that, at the time of his guilty plea to the predicate felony, there was no plea allocution. The trial court properly denied his motion to dismiss the second felony offender statement without a hearing, since no claim was raised of any constitutional infirmity in the prior plea and no suggestion was made that his guilty plea was "improvident or baseless" (see *People v Grimes,* 94 AD2d 957; *People v Perkins,* 89 AD2d 956). (Appeal from judgment of Monroe County Court, Barr, J. — forgery, second degree.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ A. BYRON CROCKER et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 64812.) — Judgment unanimously affirmed, without costs, on the opinion at Court of Claims, McMahon, J. (Appeals from judgment of Court of Claims, McMahon, J. — appropriation.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ MARY MARICICH, Respondent, v STEPHEN MARICICH, Appellant. — Order and judgment unanimously reversed, without costs, and matter remitted to Supreme Court, Erie County, for further proceedings, in accordance with *Malta v Malta* (87 AD2d 988). (Appeal from order and judgment of Supreme Court, Erie County, Francis, J. — enforce judgment.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.